UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

D.C.,

                                          Petitioner,

                    -v-

PAMELA BONDI *et al.*,

                                          Respondents.

26 Civ. 1833 (PAE)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

Yesterday, petitioner initiated this action, seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Dkt. 1 ("Petition"). The same day, the Honorable Katherine P. Failla, sitting in her Part I capacity, issued an Order. Dkt. 4 (the "March 5 Order"). To preserve the Court's jurisdiction and facilitate petitioner's participation in these proceedings, the March 5 Order directed that petitioner not be removed from the United States or transferred outside this District, the Eastern District of New York, or the District of New Jersey, unless and until this Court orders otherwise. *Id.* at 1–2.

Today, the case was assigned to the undersigned judge. The Court hereby sets the following briefing schedule:

- By Wednesday, March 11, 2026, the Government shall answer the Petition.

- By Friday, March 13, 2026, petitioner shall file a reply.

The Court will hold a hearing on Tuesday, March 17, 2026 at 10:30 a.m., in Courtroom 1305 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007. The Court cannot presently determine, based solely on the Petition, whether petitioner's testimony at the hearing is necessary. The Court directs the parties to address in

their briefs whether petitioner's testimony is necessary to resolve the Petition.  The Court will determine, after receipt of these briefs, whether to direct that petitioner be produced.

In light of petitioner's allegations concerning his serious physical health issues while in custody, *see, e.g.*, Petition ¶¶ 3–5, 9, supported by affidavits from medical professionals, *see, e.g.*, Dkt. 1-3, the parties should not expect the above deadlines to be extended.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated:  March 6, 2026
          New York, New York

2