UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

D.C.,

                        Petitioner,

        -v-

KRISTI NOEM, PAMELA BONDI, JUDITH ALMODOVAR, *and* PAUL ARTETA,

                        Respondents.

26 Civ. 1833 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The Court thanks the parties for their submissions thus far. To assist the Court in preparing for Thursday's hearing, respondents are directed to file a letter on the docket, by **Tuesday, March 17, 2026 at 12 p.m.**, stating whether, if the Court were to order a bond hearing for petitioner before an immigration judge ("IJ"), respondents could guarantee that it would occur by **Friday, March 27, 2026**.

      SO ORDERED.

                                                                 *Paul A. Engelmayer*
                                                        PAUL A. ENGELMAYER
                                                        United States District Judge

Dated: March 16, 2026
          New York, New York