**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 16, 2026

**Via ECF**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *D.C. v. Noem, et al.*, 26 Civ. 1833 (PAE)**

Dear Judge Engelmayer:

This office represents the respondents (the "Government") in the above-referenced habeas corpus action, in which Petitioner challenges his detention by U.S. Immigration and Customs Enforcement ("ICE"). I write respectfully in response to the Court's Order dated March 16, 2026 (ECF No. 18) to confirm that if the Court were to order a bond hearing for Petitioner before an Immigration Judge, the Government can guarantee that such a hearing would occur by Friday, March 27, 2026.

I thank the Court for its attention to this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: */s/ Mallika Balachandran*
MALLIKA BALACHANDRAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2781
E-mail: mallika.balachandran@usdoj.gov

The Court thanks counsel for this prompt notification.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Date: March 16, 2026
New York, New York