**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 31, 2026

**Via ECF**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *D.C. v. Noem, et al.*, 26 Civ. 1833 (PAE)**

Dear Judge Engelmayer:

This Office represents the respondents in the above-referenced habeas corpus action. I write respectfully in response to the Court's Order dated March 30, 2026 (ECF No. 26). ICE has informed this Office that Petitioner was released today, March 31, 2026, upon the posting of his bond. Petitioner's counsel has confirmed his release as well.

I thank the Court for its consideration of this letter.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: */s/ Mallika Balachandran*
MALLIKA BALACHANDRAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2781
E-mail: mallika.balachandran@usdoj.gov

The Court thanks the Government for this update.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Date: April 1, 2026
New York, New York